# United States District Court

Northern District of Texas

Karen Mitchell  
Clerk of Court

Fort Worth Division

7/12/2021

17th District Court  
Tom Vandergriff Civil Courts Building, 3rd Fl  
100 North Calhoun St.  
Fort Worth, TX, 76196

RE: Remand of Case 4:21-cv-786-P

Style: Roberts v. Alcon Research LLC

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the 17th Judicial District Court, 017-325462-21 along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 817-850-6615.

Sincerely,  
Karen Mitchell, Clerk

By: s/N. Klingelhoefer  
      Deputy Clerk

Enclosure --Certified docket sheet and order of remand

cc: Counsel of Record  
    Case file (public entry)